NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JORGE ARMANDO GOMEZ-VARGAS,<br><br>　　　Defendants. | 2:19-mj-00138-CWH<br><br>Stipulation to Continue Preliminary Hearing (First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and NISHA BROOKS-WHITTINGTON, AFPD, counsel for the defendant JORGE ARMANDO GOMEZ-VARGAS:

　　　THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR March 6, 2019, at 4:00 p.m., before the Honorable Magistrate Judge Carl W. Hoffman, be vacated and set to a time convenient for the Court, but no sooner than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government has provided discovery to the defense counsel who requests time to review it before an indictment is filed or to prepare in the event a preliminary hearing is commenced.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance.

Dated this 4th day of March, 2019.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Brandon C. Jaroch
BRANDON C. JAROCH
Assistant United States Attorney

/s/ Nisha Brooks-Whittington
NISHA BROOKS-WHITTINGTON, AFPD
Counsel for GOMEZ-VARGAS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00138-CWH |
| Plaintiff, | ORDER |
| vs. | |
| JORGE ARMANDO GOMEZ-VARGAS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for March 6, 2019, at 4:00 p.m., be vacated and continued to April 8, 2019, at 4:00 p.m.

DATED this 5 day of March, 2019.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE