# SEALED

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Jorge Armando Gomez-Vargas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE ARMANDO GOMEZ-VARGAS,<br><br>  Defendant. | Case No. 2:19-cr-00135-RFB-NJK<br><br>**SEALED STIPULATION TO CONTINUE HEARING FOR WAIVER OF INDICTMENT, FILING OF INFORMATION, INITIAL APPEARANCE AND ARRAIGNMENT AND PLEA**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Jorge Armando Gomez-Vargas, that the hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea currently scheduled on June 24, 2019 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On June 21, 2019, the United States Supreme Court issued an opinion in *Rehaif v. United States*, No. 17-9560, 2019 WL 2552487 (U.S. June 21, 2019). *Rehaif* involves an issue that is presented in the instant matter. As a result, undersigned counsel needs additional time to review and discuss the implications of *Rehaif* with her client prior to a hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel and the defendant time to review the recent Supreme Court decision in *Rehaif* and determine how to proceed.

This is the first request for a continuance of the hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea.

DATED this 21st day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Linda Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JORGE ARMANDO GOMEZ-VARGAS,<br><br>    Defendant. | Case No. 2:19-cr-00135-RFB-NJK<br><br>**SEALED ORDER** |

IT IS THEREFORE ORDERED that the hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea currently scheduled for Monday, June 24, 2019 at 11:00 a.m. be vacated and continued to ___August 1, 2019___ at the hour of __2:00__ _p_ .m.

DATED this __21st__ of June, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE